IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| LISA LASTER and DOUG LASTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | No. 03-1085-T-An |
| | ) | |
| FEDERAL EXPRESS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE

On August 18, 2004, an order was entered granting Plaintiffs' motion for a default judgment against Defendant Marcus Booker. The matter was referred to Magistrate S. Thomas Anderson for a report and recommendation on damages. On September 6, 2005, Magistrate Judge Anderson issued a report and recommendation, recommending that Defendant Booker be required to pay to Plaintiffs $3,300. No objection to that report has been filed. Consequently, the report and recommendation is ADOPTED.[1]

---

[1] Defendant Federal Express was dismissed from the action on November 19, 2004.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-04-05__

The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_3 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:03-CV-01085 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Thomas Whitelaw Murrey
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Hal D. Hardin
LAW OFFICES OF HAL D. HARDIN
218 Third Ave. North
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT