# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



| | |
|---|---|
| LISA LASTER and DOUG LASTERF | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| FEDERAL EXPRESS, et al. | CASE NUMBER: 03-1085-T/An |

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/04/05, the report and recommendation of the magistrate, entered on 09/06/05, is ADOPTED. Defendant Booker is required to pay Plaintiffs the sum of $3,300.00. This case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

10/5/05                    BY: _____
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-06-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:03-CV-01085 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Hal D. Hardin
LAW OFFICES OF HAL D. HARDIN
218 Third Ave. North
Nashville, TN 37201

Thomas Whitelaw Murrey
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable James Todd
US DISTRICT COURT